# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

___CADWALADER, WICERSHAM AND TAFT LLP___

Petitioner

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

___MOD CHAMPAGNE LLC and BRENT HOCKING___

Respondents

(List the full name(s) of the defendant(s)/respondent(s).)

7:23 __CV__ 00772 ( )( )

**MOTION FOR EXTENSION OF TIME TO ACQUIRE NEW COUNSEL**

Index No. 160669/2022

I currently have no counsel and request a 30 day extension to acquire new counsel please.

Thank you.

February 6, 2023

Dated:

*Brent Hocking*

Signature

HOCKING, BRENT D

Name (Last, First, MI)

| 112 SIVAT DR | PALM DESERT | CALIFORNIA | 92260 |
|---|---|---|---|
| Address | City | State | Zip Code |

310-975-9595

Telephone Number

Brent@themodselecter.com

E-mail Address (if available)

Rev. 12/23/13