UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CADWALADER, WICKERSHAM & TAFT, LLP,

        Petitioner,

- against -

MOD CHAMPAGNE, LLC, ET AL.,

        Respondents.

---

23-cv-772 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The respondents are directed to submit courtesy copies of the pending fully briefed motion to remand to state court.

SO ORDERED.

Dated:    New York, New York
           March 13, 2023

                                      */s/ John G. Koeltl*
                                      John G. Koeltl
                                      United States District Judge