UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CADWALADER, WICKERSHAM & TAFT, LLP,

          Petitioner,

- against -

MOD CHAMPAGNE, LLC, ET AL.,

          Respondents.

---

23-cv-772 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner is directed to submit courtesy copies of all papers filed in connection with its motion to remand and for attorney's fees. ECF No. 6.

SO ORDERED.

Dated:    New York, New York
            March 21, 2023

                                          John G. Koeltl
                                    United States District Judge